Karas, J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NANCY ARCE LAPORTE,

    Plaintiff,

-against-

GENWORTH FINANCIAL,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 08-CV-06445 (KMK)
[ECF CASE]

**STIPULATION**

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the time in which defendant GENWORTH FINANCIAL may appear and answer, move or otherwise respond to the summons and complaint is extended through and including September 24, 2008. There have been no prior adjournments of this date. This stipulation may be executed in counterpart and a facsimile signature shall be deemed to have the same binding effect on the parties hereto as an original.

Dated: August 21, 2008

JOSEPH LANNI, P.C

By: _____
  Joseph Lanni (JL 4234)
  138 Chatsworth Avenue, Suites 6-8
  Larchmont, New York 10538
  Tel.: (914) 834-6600
  Fax: (914) 834-0152

*Attorneys for Plaintiff*

WINDELS MARX LANE
& MITTENDORF, LLP

By: _____
  Preben Jensen
  Delton L. Vandever (DLV-8062)
  156 West 56th Street
  New York, New York 10019
  (212) 237-1000

*Attorneys for Defendant*

SO ORDERED:

_____
   U.S.D.J

(10470608:1)

Date: 8/28/08
White Plains, NY